Michael L. Mallow (SBN 188745)
Rachel A. Rappaport (SBN 268836)
**LOEB & LOEB LLP**
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Telephone: 310-282-2000
Facsimile: 310-282-2200

Attorneys for Defendants

Paul R. Kiesel (SBN 119854)
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Telephone: (310) 854-4444
Facsimile: (310) 854-0812

Paul O. Paradis (*Pro Hac*)
Michael A. Schwartz (*Pro Hac*)
Justin B. Shane (*Pro Hac*)
Alexandra L. Sims (*Pro Hac* Pending)
**HORWITZ, HORWITZ & PARADIS, ATTORNEYS AT LAW**
405 Lexington Avenue, 61st Floor
New York, NY 10174
Telephone: (212) 986-4500
Facsimile: (212) 496-4501

Attorneys for Non-Recall Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE: TOYOTA MOTOR CORP. HYBRID BRAKE MARKETING, SALES PRACTICES, and PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL PARTIES | MDL No. 2172<br><br>Civil Action No. 2:10-CV-00946-CJC-RNB<br><br>Assigned to Hon. Cormac J. Carney<br><br>**JOINT STIPULATION SETTING STATUS CONFERENCE** |

LA2085006.1
212799-10010

JOINT STIPULATION SETTING STATUS
CONFERENCE

**WHEREAS**, the parties have exchanged drafts of a Protective Order to govern the exchange of discovery material in this action;

**WHEREAS**, Defendants and plaintiffs in the action captioned *Creighton et al. v. Toyota Motor Corp. et al.,* No. CV10-00946 (AHM) (FMOx), (the "Non-Recall Plaintiffs") have met and conferred concerning the Protective Order and have been unable to resolve the following issues: (i) whom the parties may retain as consultants and experts; and (ii) the need for a two-tier Protective Order that would allow the parties to designate certain confidential discovery material "Highly Confidential."

**WHEREAS**, on September 3, 2010, the United States Judicial Panel on Multidistrict Litigation filed conditional transfer orders transferring the actions captioned *Gally, et al. v. Toyota Motor Corp., et al.*, C.A. No. 1:10-854 (E.D.N.Y.) ("*Gally*"), and *Glardon v. Toyota Motor Engineering & Manufacturing North America, Inc., et al.*, C.A. No. 2:10-179 (S.D. Ohio) ("*Glardon*"), to this multidistrict litigation;

**WHEREAS**, the parties believe that *Gally* and *Glardon* contain allegations and claims beyond the scope of this multidistrict litigation and that only the claims related to braking defects in Toyota hybrid vehicles should remain in this multidistrict litigation;

**IT IS THEREFORE STIPULATED AND AGREED THAT:**

1. The Parties shall have a status conference with the Court on Monday, November 15th at 3:30 p.m. to discuss:
    a. the entry of a Protective Order and the issues with the Protective Order set forth above that the parties have been unable to agree upon;
    b. the scope of the allegations and claims set forth in *Gally* and *Glardon* that belong in this multidistrict litigation; and
    c. any other issue the Court deems appropriate.

| | | |
|---|---|---|
| 2 | Dated: October 29_, 2010 | **LOEB & LOEB LLP**<br>Michael L. Mallow<br>Rachel A. Rappaport |

By: /s/ Michael L. Mallow
    Michael L. Mallow

*Attorneys for Defendants*

Dated: October 29, 2010    **KIESEL BOUCHER & LARSON LLP**
                           Paul R. Kiesel

By:/s/ Paul R. Kiesel
    Paul R. Kiesel

**HORWITZ, HORWITZ & PARADIS, ATTORNEYS AT LAW**
Paul O. Paradis
Michael A. Schwartz
Justin B. Shane
Alexandra L. Sims

**DOYLE LOWTHER LLP**
William J. Doyle
9466 Black Mountain Road, STE 210
San Diego, CA 92126
Telephone:619/573.1700
Facsimile:  619/573.1701

**THE LAW OFFCES OF JAMES V. BASHIAN, P.C.**
James V. Bashian
500 Fifth Avenue Suite 2700
New York, NY 10110
Telephone:  212/921.4110
Facsimile: 212/921.4249

*Attorneys for Non-Recall Plaintiffs*

Dated: October 29, 2010    **GLANCY BINKOW & GOLDBERG LLP**

By: /s/Marc L. Godino
    Marc L. Godino

Liaison Counsel for Recall Plaintiffs