Michael L. Mallow (SBN 188745)
Rachel A. Rappaport (SBN 268836)
**LOEB & LOEB LLP**
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Telephone:   310-282-2000
Facsimile:   310-282-2200

Attorneys for Defendants

Paul R. Kiesel (SBN 119854)
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Telephone: (310) 854-4444
Facsimile: (310) 854-0812

Paul O. Paradis (*Pro Hac*)
Michael A. Schwartz (*Pro Hac*)
Justin B. Shane (*Pro Hac*)
Alexandra L. Sims (*Pro Hac* Pending)
**HORWITZ, HORWITZ & PARADIS, ATTORNEYS AT LAW**
405 Lexington Avenue, 61st Floor
New York, NY 10174
Telephone: (212) 986-4500
Facsimile: (212) 496-4501

Attorneys for Non-Recall Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE:  TOYOTA MOTOR CORP. HYBRID BRAKE MARKETING, SALES PRACTICES, and PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL PARTIES | MDL No. SAML-10-2172-CJC(RNBx)<br><br>Civil Action No. 2:10-CV-00946-CJC-RNB<br><br>Assigned to Hon. Cormac J. Carney<br><br>**[PROPOSED] ORDER SETTING STATUS CONFERENCE** |

The Court hereby orders the parties [Proposed] Joint Stipulation Setting Status Conference. The Parties shall appear for a status conference with the Court on Monday, November 15th at 3:30 p.m. to discuss:

a. the entry of a Protective Order and the issues with the Protective Order set forth above that the parties have been unable to agree upon;
b. the scope of the allegations and claims set forth in *Gally* and *Glardon* that belong in this multidistrict litigation; and
c. any other issue this Court deems appropriate.

**IT IS SO ORDERED.**

Dated: November 03, 2010

Honorable Cormac J. Carney

[PROPOSED] ORDER SETTING STATUS CONFERENCE