Name & Address:
LOEB & LOEB LLP MICHAEL L. MALLOW (SBN 188745)
RACHEL A. RAPPAPORT (SBN 268836)
10100 Santa Monica Blvd., Suite 2200
Los Angeles, California 90067
Tel: (310) 282-2000; Fax: (310) 282-2200
Attorneys for TOYOTA MOTOR SALES, U.S.A., INC. and TOYOTA MOTOR CORPORATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TOYOTA MOTOR CORP. HYBRID BRAKE MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION<br><br>PLAINTIFF(S)<br>v.<br><br><br><br>DEFENDANT(S). | CASE NUMBER:<br>MDL No. 2172<br><br>This document relates to:<br>8:10-CV-00154-CJC-RNB<br>2:10-CV-01154-CJC-RNB<br>2:10-CV-01248-CJC-RNB<br>8:10-CV-00173-CJC-RNB<br>8:10-CV-01255-CJC-RNB<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed

**List Documents:**

(1) Application to File Under Seal Exhibits 4-5, 9-10 and 18 to the Declaration of Michael L. Mallow in Support of Motion to Exclude Testimony of Michael A. Williams, Ph.D. Pursuant to Federal Rule of Evidence 702; (2) [Proposed] Order Regarding Application to File Exhibits 4-5, 9-10 and 18 to the Declaration of Michael L. Mallow in Support of Motion to Exclude Testimony of Michael A. Williams Ph.D Pursuant to Federal Rule of Evidence 702 Under Seal; and (3) Proof of Service.

**Document Description:**

☐ Administrative Record
☒ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☐ Other

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

| | |
|---|---|
| August 16, 2012 | /s/ Michael L. Mallow |
| Date | Attorney Name |
| | Michael L. Mallow, Esq. |
| | Party Represented |
| | TOYOTA MOTOR SALES, U.S.A., INC. and TOYOTA MOTOR CORPORATION |

Note: File one Notice in each case, each time you manually file document(s).