1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TOYOTA MOTOR CORP. HYBRID BRAKE MARKETING, SALES PRACTICES and PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>2:10-CV-00946-CJC-RNB | Case No.: 8:ML-10-2172-CJC(RNBx)<br><br>Assigned to Hon. Cormac J. Carney<br><br>**FINAL JUDGMENT IN FAVOR OF THE TOYOTA DEFENDANTS IN MDL 2172 AND CASE NO.: 2:10-CV-00946** |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2365015.1
212799-10010

JUDGMENT IN FAVOR OF THE TOYOTA
DEFENDANTS

1    **IT IS ORDERED THAT** final judgment is hereby entered in 8:10-ML-2172
2    and Case No.:2:10-CV-00946 in favor of Defendants Toyota Motor Sales, U.S.A.,
3    Inc. and Toyota Motor Corporation as to all claims of all plaintiffs that have not
4    previously been voluntarily dismissed.

6    Dated: June 16, 2014

_____
Honorable Cormac J. Carney
United States District Judge

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2365015.1
212799-10010

2

JUDGMENT IN FAVOR OF THE TOYOTA
DEFENDANTS